

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotoucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

# **O R D E R**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Appellees' "Opposed Motion to Strike Untimely 'Amended' Notice of Appeal Filed Four Months After the Deadline, and, in the Alternative, Motion to Extend Time to File Notice of Cross Appeal" is DENIED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court